RECEIVED
IN LAKE CHARLES, LA.

MAR -5 2012

TONY R. MOORE, CLERK
BY_____
     DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **CLARENCE ALEXANDER FRITZ** **FED. REG. #43469-265** | **CIVIL ACTION NO. 2:11-CV-1766** |
| VS. | SECTION P |
| | JUDGE MINALDI |
| **JOE P. YOUNG, WARDEN** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITHOUT PREJUDICE** because this court cannot grant the relief requested by petitioner.

Signed in chambers, Lake Charles, Louisiana, on March 1, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE